### ISAAC MOOR v. JOSHUA WRIGHT.

Court of Common Pleas. Sussex. May, 1794.